# United States District Court
# Central District of California

| | |
|---|---|
| YAMATO HOLDINGS COMPANY LTD; YAMATO TRANSPORT USA, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANXIN WOOD PRODUCTS CORPORATION; GANG SONG; and DOES 1–5, inclusive, <br><br>　　　　Defendants. | Case № 2:17-cv-01045-ODW (SK) <br><br> **ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///

On March 3, 2017, Plaintiff filed a motion for a preliminary injunction and noticed a hearing for April 10, 2017. (ECF No. 13.) Per Central District of California Local Rule 7-9, Defendant's opposition to the motion was due twenty-one days prior to the April 10, 2017 hearing. Defendant did not submit an opposition by that date. Therefore, the Court orders Defendant to show cause by March 30, 2017, why the motion should be not granted as unopposed pursuant to Central District Local Rule 7-12.

**IT IS SO ORDERED.**

March 24, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**