# United States District Court
# Central District of California

| | |
|---|---|
| YAMATO HOLDINGS CO. LTD.;<br>YAMATO TRANSPORT USA, INC.,<br><br><div align="center">Plaintiffs,</div><br>v.<br><br>ANXIN WOOD PRODUCTS CORP.;<br>GANG SONG; and DOES 1–5, inclusive,<br><br><div align="center">Defendants.</div> | Case № 2:17-cv-01045-ODW (SK)<br><br><br>**ORDER FOR ADDITIONAL TIME<br>AND RESCHEDULING DATES** |

///
///
///
///
///
///
///
///
///
///

On April 21, 2017, the parties filed a stipulation with the Court requesting additional time to finalize a potential settlement of this case. (ECF No. 26.) In accord with the parties' stipulation the Court orders:

1. That this case be stayed and the May 8, 2017 hearing on the pending motion for preliminary injunction (ECF No. 13) be taken off calendar; and

2. That the parties file a notice of settlement in thirty days or alternatively a notice that they have been unable to reach a settlement.

The hearing on the motion for preliminary injunction shall be placed back on calendar if the parties are unable to reach a settlement.

**IT IS SO ORDERED.**

April 24, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**