**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
*enoch.liang@ltlattorneys.com*
Lauren Sliger (SBN 213880)
*lauren.sliger@ltlattorneys.com*
Danica Lam (SBN 266710)
*danica.lam@ltlattorneys.com*
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiffs,
Yamato Holdings Co. LTD
and Yamato Transport USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAMATO HOLDINGS CO. LTD, a Japanese corporation, and; YAMATO TRANSPORT USA, INC., a New York corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ANXIN WOOD PRODUCTS CORP., a California corporation; GANG SONG, an individual; and DOES 1 TO 5, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01045-ODW-SK <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Yamato Holdings Co. Ltd. and Yamato Transport USA, Inc. and Defendants Anxin Wood Products Corp. and Gang Song ("Defendants"), that this action against Defendants be dismissed with prejudice in all respects pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

DATED: December 6, 2017        LTL ATTORNEYS LLP

By:  /s/Danica Lam
Enoch Liang
Lauren Sliger
Danica Lam

Attorneys for Plaintiffs Yamato Holdings Co. LTD and Yamato Transport USA, Inc.

DATED: December 6, 2017        LAW OFFICES OF SCOTT WARMUTH

By:  /a/G. Seth Mitchell
G. SETH MITCHELL

Attorneys for Defendants Anxin Wood Products Corp. and Gang Song

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that concurrence in the filing of this document has been obtained from Ezra Sutton which shall serve in lieu of his signature on the document.

DATED: December 6, 2017					LTL ATTORNEYS LLP


						By:   /s/Danica Lam
						      Enoch Liang
						      Lauren Sliger
						      Danica Lam